WARNER J. SUTHERLAND, Respondent, v. KENNETH WILLIAMS, Appellant.— Judgment and orders affirmed, with costs. Memorandum: The verdict is supported by the evidence. The motion for a new trial on the ground of newly-discovered evidence was properly denied. Eliminating from consideration the testimony of the witness whom defendant claims to be able to impeach on a new trial, the evidence would still support the verdict. All concur. (The judgment is for plaintiff in an automobile negligence action. One order denies a motion for a new trial on the minutes, and the other order denies a motion for a new trial on the ground of newly-discovered evidence relative to a criminal record of one of plaintiff's witnesses.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

CHARLES MESSINGER, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Judgment and order affirmed, with costs. Memorandum: We find in the record sufficient proof to support a finding by the jury that at the time of plaintiff's alleged total disability he had attained the age of sixty years, which fact would, under the provisions of the policies in suit, defeat his right to total disability benefits. We also conclude that on the whole case a finding that plaintiff did not suffer total and permanent disability was not against the weight of the evidence. We find no error in the rulings of the trial justice on the evidence. All concur. (The judgment is for defendant in an action under a disability rider on insurance policies. The order denies a motion for a new trial.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

EARL C. OSTRANDER, Respondent, v. MARIE OSTRANDER, Appellant.— Order entered on January 7, 1939, affirmed, without costs of this appeal to either party. Order entered on January 10, 1939, modified by striking out the denial of the motion as to counsel fees and inserting provision for payment of counsel fees in the sum of $200 and as so modified affirmed, without costs of this appeal to either party. All concur. (The order entered January 7, 1939, strikes out certain parts of defendant's answer and counterclaim, and the order entered January 10, 1939, denies defendant's motion for counsel fees and temporary alimony, in a separation action.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.